IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EDNA POTTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:01-cv-00016 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Griffin |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Griffin has issued a Report and Recommendation ("Report"), recommending that this matter be dismissed with prejudice for plaintiff's failure to prosecute the case. (Doc. No. 27 at 3.) The Report was filed on November 25, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DISMISSES** the case **with prejudice** pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 26th day of December, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT